**Order entered July 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00680-CV

### JENNIFER OLSON, Appellant

### V.

### NEVRO CORP., Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-03225

## ORDER

This is an accelerated from an order granting a temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4). The clerk's record is overdue. Felicia Pitre, Dallas County District Clerk, has notified the Court that the clerk's record has been prepared and will be filed once appellant pays the fee. On June 16, 2019, appellant filed a "Sworn Record." She asserts this is acceptable as this is an accelerated appeal. *See* TEX. R. APP. P. 28.1(e). Rule 28.1(e) provides that this Court *may* hear an accelerated appeal on "sworn and uncontroverted copies of [the original] papers." *See id*; *Roma Indep. Sch. Dist. v. Guillen*, No. 04-13-00133-CV, 2013 WL 684781, at *1 (Tex. App.—San Antonio Feb. 25, 2013, pet. denied) (on party's motion, appeal expedited and submitted on sworn record).

Appellant has not requested that this appeal be expedited and this Court sees no reason for doing so. Accordingly, we **STRIKE** the Sworn Record filed on June 16, 2019. We **ORDER** Ms. Pitre to file, by **July 15, 2019**, either the clerk's record or written verification that appellant has not paid the clerk's fee. We caution appellant that if the Court receives written verification of no payment, the Court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE